Submitted on petitioner's petition for reconsideration filed March 30, reconsideration allowed; opinion (111 Or App 662, 825 P2d 663) withdrawn; affirmed August 26, 1992, petition for review denied January 26, 1993 (315 Or 312)

TERRY ROBERT MILLER,
*Petitioner,*

*v.*

BOARD OF PAROLE,
*Respondent.*

(CA A66951)

835 P2d 160

Sally L. Avera, Public Defender, and Lawrence J. Hall, Deputy Public Defender, Salem, for petition.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

**PER CURIAM**

Petitioner seeks review of our decision dismissing his petition for review of an order of the Board of Parole. 111 Or App 662, 825 P2d 663 (1992). We allow reconsideration under ORAP 9.15, withdraw the opinion, and address the original petition for review. *See Owens v. Board of Parole*, 113 Or App 507, 834 P2d 547 (1992). We conclude that petitioner's claims of error are not well taken and do not require discussion.

Reconsideration allowed; opinion withdrawn; affirmed.